IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HUBERT DEAN ROCHELLE,

    Plaintiff,

vs.                              CASE NO.: 1:06cv72-SPM/AK

METROPOLITAN LIFE INSURANCE
COMPANY, a foreign corporation,

    Defendant.

_____/

## ORDER DISMISSING COUNT ONE AND STRIKING JURY DEMAND

This cause comes before the Court on Defendant Metropolitan Life Insurance Company's Motion to Dismiss Count I of Plaintiff's Complaint and Strike Jury Demand (doc. 4). Plaintiff has not responded to the motion, which by itself is "sufficient cause to grant the motion" as provided in Northern District of Florida Local Rule 7.1(C).

Nevertheless, upon review of the merits, the Court finds that Plaintiff's claim in Count I for breach of contract is preempted by ERISA, the Employee Retirement Income Security Act of 1974 at 29 U.S.C. § 1144(a). <u>Jackson v. Martin Marietta Corp.</u>, 805 F.2d 1498, 1500 (11th Cir. 1986). On Plaintiff's remaining claim in Count II under Section 502(a)(1)(b)[1] of ERISA for recovery of

---

[1] 29 U.S.C. § 1132(a)(1)(B)

benefits under an ERISA plan, a jury trial is not available.  <u>Blake v. Unionmutual Stock Life Ins. Co. of Am.</u>, 906 F.2d 1525, 1526 (11th Cir. 1990).  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    Defendant Metropolitan Life Insurance Company's Motion to Dismiss Count I of Plaintiff's Complaint and Strike Jury Demand (doc. 4) is granted.

    2.    Count I of the complaint is dismissed.  This case shall proceed on Count II.

    3.    Plaintiff's jury demand is stricken.

    DONE AND ORDERED this 17th day of August, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge