IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HUBERT DEAN ROCHELLE,

    Plaintiff,

vs.                                         CASE NO.: 1:06cv72-SPM/AK

METROPOLITAN LIFE INSURANCE
COMPANY, a foreign corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to the parties' Stipulation for Dismissal with Prejudice (doc. 46) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 20th day of December, 2007.

                                                        *s/ Stephan P. Mickle*
                                                        Stephan P. Mickle
                                                        United States District Judge